MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney
  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-5061
  Fax: (408) 535-5066
  E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 5/1/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-20104 RMW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS AND [] ORDER |
| v. | |
| GILBERT SANCHEZ HERNANDEZ, | |
| Defendant. | |

    The defendant, GILBERT SANCHEZ HERNANDEZ, is scheduled to appear for status on May 2, 2013 on a Form 12 petition. The defendant was recently transferred from the custody of the United States Marshal Service, to the custody of the Santa Cruz Sheriff's Office, pursuant to a writ of habeas corpus, to appear for charges in the Superior Court of Santa Cruz County. The charges in the state criminal matter also form the basis of the federal Form 12. The date of the initial appearance in Santa Cruz was April 8, 2013. On April 29, 2013, the defendant was held to answer following a preliminary hearing. The next scheduled appearance in the state criminal matter is May 13, 2013. The defendant remains in the custody of the Santa Cruz Sheriff's Office.

*Stipulation and [Proposed] Order*
CR 03-20104 RMW

Due to the ongoing state proceedings, the parties jointly stipulate and request that the May 2, 2013 status appearance be continued approximately 30 days to June 3, 2013 at 9:00 am for further status.

Dated: April 29, 2013

/s/
ROBERT CARLIN
CYNTHIA C.Y. LIE
Attorneys for Defendant
Gilbert Sanchez Hernandez

Dated: April 29, 2013

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the May 2, 2013 status appearance of the defendant is hereby continued to June 3, 2013 at 9:00 a.m.

DATED: _____

HON. RONALD M. WHYTE
United States District Judge